UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | Case No. 1:18-cv-00748-AWI-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DENYING RESPONDENT'S MOTION TO DISMISS WITHOUT PREJUDICE<br><br>(Doc. Nos. 13, 20) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 24, 2019, the Magistrate Judge issued Findings and Recommendation that the Court deny Respondent's motion to dismiss without prejudice. To date, no party has objected, and the deadline to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendation issued on January 24, 2019 (ECF No. 20), are ADOPTED IN FULL;

2.     Respondent's motion to dismiss (ECF No. 13) is DENIED without prejudice; and

3.     This matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:   March 11, 2019

                                        SENIOR DISTRICT JUDGE