UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WILLIAMS,<br><br>    Petitioner,<br><br>    v.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | Case No. 1:18-cv-00748-AWI-JDP<br><br>ORDER SETTING NEW BRIEFING SCHEDULE |

Petitioner Lawrence Williams, a state prisoner proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254. Williams filed his petition on May 30, 2018. ECF No. 1. On August 20, 2018, respondent filed a motion to dismiss. ECF No. 13. On January 24, 2019, I issued findings and recommendations recommending that respondent's motion to dismiss be denied without prejudice. ECF No. 20. On March 11, 2019, this court issued an order adopting the findings and recommendations, denying respondent's motion to dismiss without prejudice. ECF No. 21. No further briefs have been filed in this case. I (1) order respondent to file an answer to the petition and (2) set a new briefing schedule.

**Order**

1. Within sixty days of the date of service of this order, respondent must file an answer to the petition. Any argument by respondent that petitioner has procedurally defaulted on a claim must be raised in the answer, which must also

1

|   |   |   |
|---|---|---|
| 1 | | address the merits of petitioner's claims. |
| 2 | 2. | Within sixty days of the date of service of this order, respondent must file all transcripts and other documents necessary for resolving the issues presented in the petition, if not already filed by respondent. *See* R. Governing § 2254 Cases, Rule 5(c). |
| 6 | 3. | Petitioner may file a traverse within thirty days of the date of service of respondent's answer. If no traverse is filed within thirty days, the petition and answer will be deemed submitted. |

If any party requires additional time, that party should file a motion for amendment of the schedule before a deadline has passed and explain in detail why the party cannot comply with this schedule.

IT IS SO ORDERED.

Dated:  October 29, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 206