IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE WILLIAMS,<br><br>    Petitioner,<br><br>vs.<br><br>JOE LIZARRAGA,<br><br>    Respondent. | Case No. 1:18-cv-00748-AWI-JDP<br><br>ORDER<br>APPOINTING COUNSEL |

Petitioner has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

It is hereby ordered that Tony Farmani be appointed to represent the above defendant in this case effective *nunc pro tunc* to November 9, 2020.

This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: November 13, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE